USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/25/2025_

# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

Facsimile: (212) 317-1620

June 24, 2025

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Juan Maldonado Eslava v. Heavenly Delicatessen Market Group, Inc. et al
**Docket No.: 1:25-cv-01463-AT**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. Pursuant to the initial pretrial scheduling order, the parties are to file a joint letter and a proposed case management plan by today. However, given that we have not been able to serve Defendant Jamal Musleh, and that this Court granted us an extension to serve him, we request that the deadline for the parties to file a joint letter and proposed case management plan be extended *sine die* until either Defendant Musleh has been served, or the deadline for Plaintiff to serve Defendant Musleh has expired, whichever is earlier. We have not been able to contact the Defendants regarding this matter to date.

We thank the Court for its time and attention to this matter.

GRANTED IN PART.  By **October 16, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 25, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge