```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MALDONADO ESLAVA, individually and on behalf of others similarly situated,

            Plaintiff,

-v-

HEAVENLY DELICATESSEN MARKET GROUP, INC. (D/B/A HEAVENLY MARKET AND DELI) and JAMAL MUSLEH,

            Defendants.

**OPINION AND ORDER**

25-CV-1463 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 9, 2025, this case was referred to the undersigned for general pretrial and to address the motions at ECF Nos. 19 and 20. ECF No. 21.

Plaintiff's letter motion at ECF No. 20 is **GRANTED**. Plaintiff's deadline to effectuate service is extended from September 18, 2025, to **December 17, 2025**.

Plaintiff's letter at ECF No. 19 ("Plaintiff's Letter") requesting to serve Defendant Jamal Musleh (the "Defendant") via newspaper publication is **DENIED** without prejudice. Pursuant to N.Y. C.P.L.R. § 308(5), a party may effectuate service through alternative means if service through traditional means is "impracticable." Generally, "plaintiff must make some showing that the other prescribed methods of service could not be made." *Sirius XM Radio Inc. v. Aura Multimedia Corp.*, 339 F.R.D. 592, 593 (S.D.N.Y. 2021) (citation omitted). Plaintiff's Letter describes only two attempts to serve the Defendant, once at Defendant's home on February 22, 2025, and once at his workplace on September

1

15, 2025, just before the extended deadline to serve was to expire. *See* Plaintiff's Letter at 2–3; *see also* ECF No. 16 (granting extension of time to serve Defendant). Further, Plaintiff's Letter provides no details on what measures have been taken to find the Defendant and no authority to support service by publication under these circumstances. Because Plaintiff has not demonstrated the impracticability of service, Plaintiff's Letter requesting to serve the Defendant via newspaper publication is **DENIED** without prejudice.

**SO ORDERED.**

Dated: October 10, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge