UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026

JUAN MALDONADO ESLAVA, individually and
on behalf of others similarly situated,

        Plaintiff,

    -v-

HEAVENLY DELICATESSEN MARKET
GROUP, INC. (D/B/A HEAVENLY MARKET
AND DELI) and JAMAL MUSLEH,

        Defendants.

**ORDER**

25-CV-1463 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's January 5, 2026 letter, ECF No. 24. As Plaintiff does not intend to prosecute this case against Defendant Musleh, Plaintiff should file a notice of voluntary dismissal as to Defendant Musleh so that the presence of the individual defendant does not prevent entry of a final judgment. Plaintiff shall initiate default proceedings as to Defendant Heavenly Delicatessen Market Group, Inc. by **January 13, 2026.**

**SO ORDERED.**

Dated: January 6, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1