UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

JUAN MALDONADO ESLAVA, individually and
on behalf of others similarly situated,

               Plaintiff,

    -v-

HEAVENLY DELICATESSEN MARKET
GROUP, INC. (D/B/A HEAVENLY MARKET
AND DELI),

               Defendant.

**ORDER**

25-CV-1463 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 7, 2026, Plaintiff filed a Notice of Voluntary dismissal as to Defendant Jamal Musleh, ECF No. 26, a Proposed Certificate of Default as to Defendant Heavenly Delicatessen Market Group, Inc. ("Heavenly Deli"), ECF No. 27, and an Affirmation in Support, ECF No. 28. On January 8, 2026, the Clerk of Court entered a Certificate of Default as to Heavenly Deli, ECF No. 29. If Plaintiff intends to move for a default judgment, Plaintiff is directed to file a motion against Heavenly Deli by **February 11, 2026**.

**SO ORDERED.**

Dated: January 14, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1