UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MALDONADO ESLAVA, individually and
on behalf of others similarly situated,

                            Plaintiff,

        -against-                                    25 Civ. 1463 (AT)

HEAVENLY DELICATESSEN MARKET                         **ORDER**
GROUP, INC. (D/B/A HEAVENLY MARKET
AND DELI),

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2026____

ANALISA TORRES, District Judge:

       For the reasons stated on the record at the June 15, 2026 default hearing, Plaintiff's motion for default judgment is GRANTED, and the Clerk of Court is respectfully directed to enter judgment against Defendant Heavenly Delicatessen Market Group, Inc. in favor of Plaintiff Juan Maldonado Eslava on the following claims:

1. Plaintiff's claim of unpaid overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL");
2. Plaintiff's claim of unpaid minimum wage in violation of the NYLL; and
3. Plaintiff's claim that he did not receive wage notices and statements in violation of the Wage Theft Protection Act ("WTPA"), NYLL § 195.

       The Court's default judgment ruling applies only to Plaintiff and not to any putative class members. The Court determines that an inquest into Plaintiff's request for damages and attorney's fees is required and shall order one accordingly.

       The Clerk of Court is respectfully directed to remove "individually and on behalf of others similarly situated" from the case caption and terminate the motion at ECF No. 32.

       SO ORDERED.

Dated: June 16, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge