MEMO ENDORSEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/17/2026

Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

July 16, 2026

**VIA ECF**
Honorable Judge Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Maldonado Eslava et al v. Heavenly Delicatessen Market Group, Inc. et al
Case #25-cv-01463

Dear Judge Ricardo:

This office represents the Plaintiff in the above-referenced matter. We write to request a 31-day extension for the deadline for the Plaintiff to serve and file a proposed findings of facts and conclusions of law. The current deadline is July 17, 2026, and the new deadline would be August 17, 2026. The reason for this request is that the undersigned needs additional time to prepare for this filing. This is the first time the Plaintiff is requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

Plaintiff's letter motion at ECF No. 44 is **GRANTED.** The deadline for Plaintiff to serve and file its proposed findings of fact and conclusions of law is extended to **August 17, 2026.** The Clerk of Court is respectfully directed to terminate the letter motion.

**SO ORDERED.**

Dated: July 17, 2026
New York, New York