USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MALDONADO ESLAVA, individually and on behalf of others similarly situated,

Plaintiff,

-v-

HEAVENLY DELICATESSEN MARKET GROUP, INC. (D/B/A HEAVENLY MARKET AND DELI),

Defendant.

**ORDER**

25-CV-1463 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of plaintiff Juan Maldonado Eslava's ("Plaintiff") Proposed Findings of Fact and Conclusions of Law, ECF No. 46 (the "Proposed Findings"). Pursuant to the Court's orders at ECF Nos. 42 and 45, in addition to filing the Proposed Findings, Plaintiff was directed to serve defendant Heavenly Delicatessen Market Group, Inc. ("Defendant") with the Proposed Findings by August 17, 2026. To date, Plaintiff has not filed proof of service. Plaintiff is directed to file proof of service of the Proposed Findings, as well as the orders at ECF Nos. 40, 42, 45, and this order, by **August 24, 2026**. Defendant is directed to file its response, if any, to the Proposed Findings by **September 14, 2026**.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge