USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MALDONADO ESLAVA, individually and on behalf of others similarly situated,

Plaintiff,

-v-

HEAVENLY DELICATESSEN MARKET GROUP, INC. (D/B/A HEAVENLY MARKET AND DELI),

Defendant.

**ORDER**

25-CV-1463 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's order at ECF No. 47, Plaintiff was directed to file proof of service of the Proposed Findings of Fact and Conclusions of Law, ECF No. 46 (the "Proposed Findings"), as well as the orders at ECF Nos. 40, 42, 45, and 47 (the "Orders") by August 24, 2026. To date, so far as the docket reflects, Plaintiff has not filed proof of service. The undersigned *sua sponte* extends the deadline for Plaintiff to file proof of service to **September 1, 2026**. Along with the Proposed Findings and the Orders, Plaintiff shall also serve Defendant with this order. Defendant's deadline to file its response, if any, to the Proposed Findings is extended to **September 22, 2026**.

**SO ORDERED.**

Dated: August 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge