USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MALDONADO ESLAVA, individually and on behalf of others similarly situated,

Plaintiff,

-v-

HEAVENLY DELICATESSEN MARKET GROUP, INC. (D/B/A HEAVENLY MARKET AND DELI),

Defendant.

**ORDER**

25-CV-1463 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 25, 2026, the undersigned entered an order, ECF No. 48, directing Plaintiff to file proof of service of ECF Nos. 40, 42, 45, 46, 47, and 48 by September 1, 2026. On August 25, 2026, Plaintiff filed an affidavit of service, ECF No. 49 (the "Affidavit of Service"). The Affidavit of Service does not represent that ECF No. 48 was served. Therefore, Plaintiff is directed to serve ECF No. 48, and this order, on Defendant by **September 9, 2026**. By that date, Plaintiff must also file proof of service. Defendant's deadline to file its response, if any, to Plaintiff's Proposed Findings of Fact and Conclusions of Law, ECF No. 46, is extended to **October 13, 2026**.

**SO ORDERED.**

Dated: September 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge